UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-1545

DEMETRIUS BAILEY,
Appellant

v.

CONNER BLAINE; DEPUTY STOWITZSKY;
DEPUTY MILLER; MAJOR HASSETT;
G. BANKS; C.O. RICCI; C.O.MORALES;
CAPT. WYNFIELD; CAPT. LANTZ;
LT. ESMOND; KENT WARMAN; ROBERT BITNER;
T. D. JACKSON; F.J. ZABOROWSKI; C. ROSSI

On appeal From the United States District Court
For the Western District of Pennsylvania
(W.D. Pa. Civ. No. 00-cv-1638)
Magistrate Judge: Honorable Ila Jeanne Sensenich

Submitted Under Third Circuit LAR 34.1(a)
May 9, 2006

BEFORE: McKEE, FUENTES and NYGAARD, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the order of the District Court entered February 17, 2005, be and the same is hereby AFFIRMED. Costs shall be taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: May 19, 2006

Certified as a true copy and issued in lieu of a formal mandate on ___6/12/06___

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit